**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00288-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAMES C. McBRIDE,
2.  MICHAEL LEE MONTOYA,

    Defendants.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

    This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **July 24, 2009** and responses to these motions shall be filed by **August 7, 2009**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **August 14, 2009 at 1:00 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a four-day jury trial is set for **August 31, 2009 at 9:00 a.m.**, in Courtroom A602.

    DATED: June  30 , 2009

                                                       BY THE COURT:

                                                       _____
                                                       CHRISTINE M. ARGUELLO
                                                       United States District Judge